UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Madiha Elzehiri,　　　　　　　　　　　　　　　Civil No. 17-1468 (DWF/HB)

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　**ORDER REGARDING
　　　　　　　　　　　　　　　　　　　　　　　STIPULATION TO REMAND**

Leslie Tritten, Field Office Director U.S.
Citizenship and Immigration Services,
Bloomington, MN; and James McCament,
Acting Director U.S. Citizenship and
Immigration Services, Washington, DC.,

　　　　　Defendant.

Pursuant to the Stipulation to Remand agreed to and filed by the parties,

**IT IS HEREBY ORDERED**, AS FOLLOWS:

1.　　The N-400 application for naturalization of Plaintiff Madiha Elzehiri shall be remanded to the U.S. Citizenship and Immigration Services (USCIS) for adjudication;

2.　　The USCIS shall adjudicate the application for naturalization as soon as practicable, but no later than September 15, 2017;

3.　　Upon being advised of the adjudication of Ms. Elzehiri's application, the Court shall dismiss this action without prejudice as moot; and

4.　　Each party shall bear its own attorney fees, costs, and disbursements herein.

Dated: August 9, 2017　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　United States District Judge